IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ROBLES,                                    1:06-CV-01702-AWI-WMW-P

      Plaintiff,

  vs.                                             ORDER VACATING ORDER OF
                                                    DECEMBER 8, 2006
ROBERT CHIMKY, et al.,
                                                    (DOCUMENT #6)

      Defendants.
                                      /

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      On December 8, 2006, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Madera County Sheriff to send payments to the court from plaintiff's inmate trust account for the $350.00 statutory filing fee for this action.  The court has received notice that the Madera County Sheriff does not control plaintiff's trust account at the Madera County Jail.  Therefore, the court shall vacate its order of December 8, 2006.  Under separate cover the court will issue an order directed to the proper authority, to wit: the Madera County Department of Corrections.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The court's order of December 8, 2006, entitled "Order Directing Payment of Inmate

1 | Filing Fee," is VACATED in its entirety;
2 |  2. The Clerk of Court shall serve a copy of this order on:
3 |   1. Plaintiff, Arthur Robles,
4 |   2. The Madera County Sheriff's Department, Civil Division, c/o Deputy Motz, 209 W. Yosemite, Madera, CA 93637, and
6 |   3. The Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated: December 20, 2006**   /s/ **William M. Wunderlich**
j14hj0           UNITED STATES MAGISTRATE JUDGE