IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ROBLES,

        Plaintiff,                    CV F 06 1702 AWI  WMW   PC

  vs.                                ORDER FINDING COMPLAINT
                                      STATES A COLORABLE CLAIM
                                      AND DIRECTING PLAINTIFF
                                      TO COMPLETE USM 285 FORMS

ROBERT CHIMKY, et al.,

        Defendants.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 22, 2006.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Chimky, Noblet and Clark for excessive force.   Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

        ROBERT CHIMKY

        JASON NOBLET

        MARK CLARK

2.    The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 22, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed Novemer 22, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 28, 2008**　　　　　　　　　　　   /s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE