FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ARTHUR ROBLES #E75706
Salinas Valley State Prison
P.O. Box: 1050. A4-132
Soledad CA. 93960

Plaintiff in Pro-Se.

Eastern District of California

Plaintiff,
ARTHUR ROBLES

v.

Defendants.
ROBERT CHIMKY, ET AL.,

CASE NO.
1:06-CV-0172-ANI-WMW

DEFAULT JUDGEMENT OR
Summary Judgement.

To the Honorable Magistrate Judge William M. Wunderlich. I plaintiff bring forth motion default Judgement and For Summary Judgement due to the fact that defendants failure to respond or file an answer to Complaint is tantamount to admitting or Conceding the issues and factual Assertion Contain in the original Complaint and therefore the court should accept said allegations as true and correct and enter an order of Default Judgement or Summary Judgement in favor of the herein plaintiff in the amount of $180,000 for Punitive and Compensatory Damages ~~and~~ FOR future medical expenses. Also defendants were served with a copy of the Summons and Complaint as it appears from the proof of service on file. I am a Pro. Se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C. Appendix, §520. The defendants worked at the Modera Correctional facility since i was first incarcerated in July, 10 2001. Based on that fact, I plaintiff is convinced the defendants are not in the military service of the United States.

I declare under penalty of perjury that THE foregoing is true and correct, and this Declaration was executed on July 23, 2008 at Salinas Valley State prison in For the County of Soledad Ca.

                                                Arthur Robles
                                                DEFENDANT

Dated: July 23, 2008