IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ROBLES,

        Plaintiff,        1: 06 CV 1702 AWI WMW PC

   vs.                   ORDER DIRECTING CLERK'S
                          ENTRY OF DEFAULT

ROBERT CHIMKY, et al.,

        Defendants.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, 2008, an order was entered, directing the U.S. Marshal to serve the summons and complaint upon Defendants Chimky, Noblet and Clark.  ON May 19, 2008, the court received an executed Waiver of Service of Summons by Defendants Noblet and Chimky.  On June 3, 2008, an executed Waiver of Serivce of Summons was received by Defendant Clark.  The waiver forms indicate that a judgment may be entered against defendants if a response is not filed with 60 days.

     To date, no defendant has filed an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure.  On July 19, 2008, Plaintiff filed a motion for the entry of default.  On October 24, 2008, Plaintiff filed a declaration in support of entry of default.  Pursuant to Federal Rule of Civil Procedure 55(a), the clerk shall enter default upon plaintiff's affidavit, "or

1

1  otherwise." Plaintiff's declaration of entry of default filed on October 24, 2008, made under the
2  penalty of perjury, is construed as a request for entry of default.
3      The requisite affidavit having been submitted, IT IS HEREBY ORDERED that the Clerk
4  of Court shall enter default pursuant to Federal Rule of Civil Procedure 55(a).  IT IS FURTHER
5  ORDERED that the Clerk shall serve a copy of this order upon Monica Anderson, Supervising
6  Deputy Attorney General.

8  IT IS SO ORDERED.
9  **Dated:   November 17, 2008**          /s/  **William M. Wunderlich**
                                                                     UNITED STATES MAGISTRATE JUDGE