IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ROBLES,

        Plaintiff,         1: 06 CV 1702 AWI WMW PC

    vs.                  ORDER RE MOTION (DOC 22)

ROBERT CHIMKY, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983 against Madera County correctional officials.

      On November 17, 2008, pursuant to court order, the Clerk entered default. Defendants Chimky, Noblet and Clark now move to set aside the Clerk's entry of default. The Court finds that Defendants have made the requisite showing pursuant to Federal Rule of Civil Procedure 55(c).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's entry of default entered on November 17, 2008 is vacated.

      2. Defendants shall file a response to the complaint within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:    **February 17, 2009**            /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE