DAVID A. PRENTICE, County Counsel #144690
DOUGLAS W. NELSON, Assistant County Counsel #72087
DAVID L. HERMAN, Deputy County Counsel #216469
COUNTY OF MADERA
Madera County Counsel
200 West 4th Street
Madera, California 93637
Telephone: (559) 675-7717
Facsimile:  (559) 675-0214

Attorneys for Defendants,
ROBERT CHIMKEY, MARK CLARK
AND JASON NOBLETT

## IN THE UNITED STATES DISTRICT COURT

## FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROBLES, | Case No.: 1:06-cv-1702 AWI WMW P |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56)** |
| v. | |
| ROBERT CHIMKEY, et al, | Date: October 5, 2009 |
| | Time: 1:30 p.m. |
| Defendants. | Courtroom: 2 |

**TO:   PLAINTIFF, PROCEEDING IN PRO PER:**

**NOTICE IS HEREBY GIVEN** that on, October 5, 2009, at 1:30 p.m. in Department 2 or soon thereafter as counsel may be heard by the above-entitled court, located at 2500 Tulare Street, Fresno, California, the Defendants will and hereby do move the Court for summary judgment on the ground that there is no genuine issue as to any material fact and that the Defendants are entitled to judgment as a matter of law. More specifically, Defendants will assert as follows:

1. Defendants are entitled to qualified immunity.

2. Plaintiff had not exhausted his administrative remedies before filing suit, which is required by 42 U.S.C. § 1997e(a).

1

This motion is based upon the accompanying memorandum of points and authorities; the accompanying separate statement of uncontroverted facts; the declarations of Robert Chimkey, Jason Noblett, Mark Clark, John E. Fisher, Douglas Papagni, and David L. Herman; all pleadings and papers on file in this action; and the arguments of counsel.

DATED: August 24, 2009

DAVID A. PRENTICE
County Counsel

By: _____
DAVID L. HERMAN, Deputy
Attorneys for Defendants
ROBERT CHIMKEY, MARK CLARK
AND JASON NOBLETT

S:\County Counsel\Litigation\Robles (Fed 1983 claim)\Pleadings\MSJ and notice.docx

2

# PROOF OF SERVICE
(Code Civ. Proc. Secs. 1013a, 2015.5)

1. I do hereby declare that I am a citizen of the United States, employed in the County of Madera, over 18 years old, and that my business address is 200 West 4th Street, Madera, California 93637. I am not a party to the within action.

2. I served the foregoing **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDMGENT (Fed. R. Civ. P. 56)** Case No. 1:06-cv-1702 AWI WMW P on the persons named below by enclosing a true copy thereof in a sealed envelope addressed as shown below AND

\_\_\_\_\_ depositing said envelope(s) with the United States Postal Service with the postage thereon fully prepaid.

__X__ placing said envelope(s) for collection and mailing on the date and at the place shown in item 3 following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

3. a. Date of Deposit:     August 24, 2009

   b. Place of Deposit:    Madera, California

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED:**

Arthur Robles
F75706
Wasco State Prison
PO Box 7700
Wasco, CA 93280

Arthur Robles
F75706
Salinas Valley State Prison
PO Box 1050 A4-132
Soledad, CA 93960

I declare under penalty of perjury that the foregoing is true and correct and that this document was executed at Madera, California, on the 24th day of August, 2009.

/s/ David L. Herman
DAVID L. HERMAN

3

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56)