IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR ROBLES,

        Plaintiff,             1: 06 CV 01702 AWI YNP SMS (PC)

    vs.                     ORDER

ROBERT CHIMKEY, et al.,

        Defendants.

On August 24, 2009, Defendants filed a motion for summary judgment, and noticed the motion for hearing on October 5, 2009, before U.S. District Judge Anthony Ishii.   This is a civil rights action brought by Plaintiff proceeding pro se. Pursuant to Local Rule 78-230(h), the Court will take the motion off calendar.  The motion will be submitted on the pleadings upon the expiration of time for filing a reply to the opposition.

Accordingly, IT IS HEREBY ORDERED that the hearing set for October 5, 2009, at 1:30 p.m. is vacated.  The matter will be submitted on the pleadings.

IT IS SO ORDERED.

**Dated:    September 15, 2009**          _____/s/ Sandra M. Snyder_____
                                   UNITED STATES MAGISTRATE JUDGE