In the United States District Court
For the Eastern District of California

FILED
SEP 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| Arthur Robles, Plaintiff, v. Robert Chimkey, et al., Defendants, | Motion to Oppose Summary Judgement And Dismissal of Complaint. Civil Action No. 1:06 CV 01702 AWI YNP SMS (PC) |

Honorable Magistrate Judge, Sandra M. Snyder: I plaintiff Arthur Robles in the above ongoing civil matter am requesting that Defendants Motion for Summary Judgement And Dismissal of Plaintiffs Complaint be denied on several factors. 1. My complaint is not "Frivolous or Malicious." 2. I have not fail to state a claim upon which relief may be granted or seeks money damages from a defendant who is immune from money damages. Furthermore I believe my Complaint holds genuine issues and material facts. I have submitted to the Office of the Clerk all Affidavits, Declarations and Exibits in regards to the validity of this case. You should also take into consideration that im not a lawyer and cannot perform the legal duties of one.

I have repeatedly made attempts into getting a lawyer to represent me in such matter, But until now no such luck. I am also including another motion for request of Court appointed Counsel because i cannot continue to attempt to represent my ownself in this very complex matter. I'm citing these cases in hopes of you not dismissing my case or granting Defendants Summary Judgement. Section 1983 case called CRUZ v. BETO, 405 U.S. 319, 322 (1972) See Also, CONLEY v. GIBSON, 355 U.S. 41, 45-46 (1957). I truly believe that my Complaint has very good merits and that up to this date i've shown nothing but facts and Exausted all remedies. Defendants Counsels will say otherwize and that's why i'm begging you not to grant Summary Judgement in their behalf and allow me to present this case before a Jury or if your honor feels that my Complaint overweighs defendants burden than i will accept whatever resolution your honor feels is Adequate. I thank you for giving me the opportunity to have this case before you and again for allowing me to give my side of the story.

September, 23 2009

Respectfully,
Arthur Robles