1

2

3

4

5

6

7                    **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                         **EASTERN DISTRICT OF CALIFORNIA**

9

10      ARTHUR ROBLES,                    )     1:06 cv 01702 AWI YNP SMS (PC)
                                          )
11                  Plaintiff,            )     ORDER RE: FINDINGS &
                                          )     RECOMMENDATIONS
12            v.                          )
                                          )     ORDER GRANTING MOTION FOR
13      ROBERT CHIMKY, et al.,            )     SUMMARY JUDGMENT
                                          )
14                  Defendants.           )     Document # *37 & #50*
        _____   )

15

16

17          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

18   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

19   72-302.

20          On January 21, 2010, findings and recommendations were entered, recommending that

21   Defendants' motion for summary judgment be granted in favor of Defendants and against

22   Plaintiff.  Plaintiff was provided an opportunity to file objections within thirty days.  On February

23   3, 2010, Plaintiff filed a notice of change of address, indicating his transfer to Salinas Valley

24   State Prison.  The findings and recommendations were re-served upon Plaintiff on February 3,

25   2010.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this

27   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28   court finds the findings and recommendations to be supported by the record and proper analysis.

1    Accordingly, THE COURT HEREBY ORDERS that:

2    1.    The Findings and Recommendations issued by the Magistrate Judge on January

3          21, 2010, are adopted in full;

4    2.    Defendants' motion for summary judgment is granted;

5    3.    The Clerk of the Court is DIRECTED to enter Judgment in favor of Defendants

6          and against Plaintiff.

7

8    IT IS SO ORDERED.

9    **Dated:    March 17, 2010            /s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE

2